1  **KESSLER TOPAZ**
2  **MELTZER & CHECK, LLP**
   Jennifer L. Joost (Bar No. 296164)
3  jjoost@ktmc.com
   One Sansome Street, Suite 1850
4  San Francisco, CA 94104
   Telephone: (415) 400-3000
5  Facsimile: (415) 400-3001

6  -and-

7  **KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**
8  Joseph H. Meltzer
   jmeltzer@ktmc.com
9  Melissa L. Yeates
   myeates@ktmc.com
10 Tyler S. Graden
   tgraden@ktmc.com
11 Jordan E. Jacobson
   jjacobson@ktmc.com
12 280 King of Prussia Road
   Radnor, PA 19087
13 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056

14 *Counsel for Plaintiff and the proposed Classes*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated, | Case No. 4:23-cv-02207- DMR |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC. | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, Plaintiff John Doe, by and through his undersigned counsel, hereby gives notice that
3  he voluntarily dismisses his claims against all Defendants in this matter, without prejudice. None of
4  the Defendants have served an answer or a motion for summary judgment.

DATED: June 9, 2023

Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

*/s/ Melissa L. Yeates*
Joseph H. Meltzer
jmeltzer@ktmc.com
Melissa L. Yeates
myeates@ktmc.com
Tyler S. Graden
tgraden@ktmc.com
Jordan E. Jacobson
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Plaintiff and the proposed Classes*